UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )
Thomas Chinn ) Chapter 7
and ) Case No. 12-bk-24139
Yvette Chinn Debtor(s) )

### Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 10/19/2012

X _____
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| | EMPLOYEE NAME | | COMPANY NAME | | | CLIENT NO | EMP NO | SOCIAL SECURITY NO | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | YVETTE CHINN | | RSC INTERNATIONAL | | | 1749 | 242 | ***-**-0140 | 10/05/2012 | 1340956 |
| | GROSS PAY | TIPS & NON-PAY | TAXES | | DEDUCTIONS | NET PAY AFTER TAX | DIR. DEPOSIT | CHK. AMT. | | FED. TAXABLE |
| THIS CHECK | 925.40 | 0.00 | 143.19 | | 0.00 | 782.21 | 0.00 | 782.21 | | 925.40 |
| YEAR-TO-DATE | 17269.93 | 0.00 | 2711.31 | | -262.80 | 14821.42 | 0.00 | 0.00 | | 17532.73 |

Fed:S-1 St:AZ-G-0   Pay Period: 09/16/12 thru 09/30/12

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR - HOURLY | 44.5000 | 9.6900 | 431.21 | 13459.44 | Fed Income Tax | 83.50 | 1580.42 |
| OVERTIME | 34.0000 | 14.5351 | 494.19 | 2565.32 | Social Security | 38.87 | 736.40 |
| PAID TIME OFF (PTO) | | | 0.00 | 794.58 | Medicare | 13.42 | 254.22 |
| HOLIDAY WORKED | | | 0.00 | 450.59 | AZ State W/H | 7.40 | 140.27 |
| Employer Contributions | | | | | Total Taxes: | 143.19 | 2711.31 |
| GROUP LIFE INSURANCE | | | 1.90 | 36.10 | | | |
| RMI OUT OF AREA PLAN 9100 | | | 0.00 | -659.04 | RMI OUT OF AREA PLAN 9100 | 0.00 | -262.80 |
| | | | | | Total Deductions | 0.00 | -262.80 |

| Time Off Accrual Plan: | Accrued | Taken | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 8.00 | 0.00 | 8.00 |

| | EMPLOYEE NAME | | COMPANY NAME | | | CLIENT NO | EMP NO | SOCIAL SECURITY NO | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | YVETTE CHINN | | RSC INTERNATIONAL | | | 1749 | 242 | ***-**-0140 | 09/20/2012 | 1333505 |
| | GROSS PAY | TIPS & NON-PAY | TAXES | | DEDUCTIONS | NET PAY AFTER TAX | DIR. DEPOSIT | CHK. AMT. | | FED. TAXABLE |
| THIS CHECK | 1009.51 | 0.00 | 161.23 | | 0.00 | 848.28 | 0.00 | 848.28 | | 1009.51 |
| YEAR-TO-DATE | 16344.53 | 0.00 | 2568.12 | | -262.80 | 14039.21 | 0.00 | 0.00 | | 16607.33 |

Fed:S-1 St:AZ-G-0   Pay Period: 09/01/12 thru 09/15/12

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR - HOURLY | 87.2500 | 9.6900 | 845.45 | 13028.23 | Fed Income Tax | 96.11 | 1496.92 |
| OVERTIME | 2.5000 | 14.7502 | 36.88 | 2071.13 | Social Security | 42.40 | 697.53 |
| PAID TIME OFF (PTO) | | | 0.00 | 794.58 | Medicare | 14.64 | 240.80 |
| HOLIDAY WORKED | 8.7500 | 14.5350 | 127.18 | 450.59 | AZ State W/H | 8.08 | 132.87 |
| Employer Contributions | | | | | Total Taxes: | 161.23 | 2568.12 |
| GROUP LIFE INSURANCE | | | 1.90 | 34.20 | | | |
| RMI OUT OF AREA PLAN 9100 | | | 0.00 | -659.04 | RMI OUT OF AREA PLAN 9100 | 0.00 | -262.80 |
| | | | | | Total Deductions | 0.00 | -262.80 |

| Time Off Accrual Plan: | Accrued | Taken | Balance |
|---|---|---|---|
| PAID TIME OFF (PTO) | 4.67 | 0.00 | 4.67 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE NAME | | COMPANY NAME | | | | CLIENT NO | EMP. NO | SOCIAL SECURITY NO | CHECK DATE | CHECK NO. |
| YVETTE CHINN | | RSC INTERNATIONAL | | | | 1749 | 242 | ***-**-0140 | 09/05/2012 | 1325915 |
| | GROSS PAY | TIPS & NON PAY | | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR. DEPOSIT | CHK AMT | | FED. TAXABLE |
| THIS CHECK | 806.69 | 0.00 | | 117.72 | 0.00 | 688.97 | 0.00 | 688.97 | | 806.69 |
| YEAR-TO-DATE | 15335.02 | 0.00 | | 2406.89 | -262.80 | 13190.93 | 0.00 | 0.00 | | 15597.82 |

Fed:S-1 St:AZ-G-0                                   Pay Period: 08/16/12 thru 08/31/12

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR - HOURLY | 71.2500 | 9.6900 | 690.41 | 12182.78 | Fed Income Tax | 65.69 | 1400.81 |
| OVERTIME | | | 0.00 | 2034.25 | Social Security | 33.88 | 655.13 |
| PAID TIME OFF (PTO) | 12.0000 | 9.6900 | 116.28 | 794.58 | Medicare | 11.70 | 226.16 |
| HOLIDAY WORKED | | | 0.00 | 323.41 | AZ State W/H | 6.45 | 124.79 |
| Employer Contributions | | | | | Total Taxes: | 117.72 | 2406.89 |
| GROUP LIFE INSURANCE | | | 1.90 | 32.30 | | | |
| RMI OUT OF AREA PLAN 9100 | | | 0.00 | -659.04 | RMI OUT OF AREA PLAN 9100 | 0.00 | -262.80 |
| | | | | | Total Deductions | 0.00 | -262.80 |
| Time Off Accrual Plan: | Accrued | Taken | Balance | | | | |
| PAID TIME OFF (PTO) | 1.33 | 0.00 | 1.33 | | | | |

---

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EMPLOYEE NAME | | COMPANY NAME | | | | CLIENT NO | EMP. NO | SOCIAL SECURITY NO | CHECK DATE | CHECK NO. |
| YVETTE CHINN | | RSC INTERNATIONAL | | | | 1749 | 242 | ***-**-0140 | 08/20/2012 | 1318274 |
| | GROSS PAY | TIPS & NON PAY | | TAXES | DEDUCTIONS | NET PAY AFTER TAX | DIR. DEPOSIT | CHK AMT | | FED. TAXABLE |
| THIS CHECK | 897.54 | 0.00 | | 137.21 | 0.00 | 760.33 | 0.00 | 760.33 | | 897.54 |
| YEAR-TO-DATE | 14528.33 | 0.00 | | 2289.17 | -262.80 | 12501.96 | 0.00 | 0.00 | | 14791.13 |

Fed:S-1 St:AZ-G-0                                   Pay Period: 08/01/12 thru 08/15/12

| WAGES | HOURS | RATE | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE | DEDUCTIONS AND TAXES | AMOUNT THIS CHECK | AMOUNT YEAR-TO-DATE |
|---|---|---|---|---|---|---|---|
| REGULAR - HOURLY | 66.0000 | 9.6900 | 639.54 | 11492.37 | Fed Income Tax | 79.32 | 1335.12 |
| OVERTIME | 17.7500 | 14.5350 | 258.00 | 2034.25 | Social Security | 37.70 | 621.25 |
| PAID TIME OFF (PTO) | | | 0.00 | 678.30 | Medicare | 13.01 | 214.46 |
| HOLIDAY WORKED | | | 0.00 | 323.41 | AZ State W/H | 7.18 | 118.34 |
| Employer Contributions | | | | | Total Taxes: | 137.21 | 2289.17 |
| GROUP LIFE INSURANCE | | | 1.90 | 30.40 | | | |
| RMI OUT OF AREA PLAN 9100 | | | 0.00 | -659.04 | RMI OUT OF AREA PLAN 9100 | 0.00 | -262.80 |
| | | | | | Total Deductions | 0.00 | -262.80 |
| Time Off Accrual Plan: | Accrued | Taken | Balance | | | | |
| PAID TIME OFF (PTO) | 80.00 | 70.00 | 10.00 | | | | |

STATE OF NEVADA
# DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION
EMPLOYMENT SECURITY DIVISION
## NOTICE OF MONETARY DETERMINATION



| | Local Office | Date Mailed | Effective Date | Social Security # |
|---|---|---|---|---|
| | 0170 | 10/11/12 | 11/13/11 | |

THOMAS CHINN
2562 COUNTRY CLUB LANE
BULLHEAD CITY AZ 86442

**BENEFIT AMOUNT**

| Weekly Amount | Total Weeks | Maximum Payable |
|---|---|---|
| 398 | 57 | 22,686 |

To receive these benefits, you must meet
**ALL OTHER eligibility requirements**
**PLEASE READ NOTICE BELOW**

**IMPORTANT NOTICE:** Your benefit amount is based on wages reported by your employer(s) from _____ to _____. Carefully examine the wages reported below. Contact your telephone claim center immediately if there are any errors.
**ERRORS OR OMITTED WAGES COULD REDUCE YOUR BENEFITS OR PREVENT YOU FROM QUALIFYING FOR BENEFITS.**

**RIGHT TO PROTEST:** If the wages or employers shown are not correct, you have the right to request a reconsideration or to file an appeal. Please include your social security number and any proof of work such as check stubs.
**TIME LIMITATION:** The last day for protesting this determination or canceling this claim is  10/22/12

You may NOT receive these benefits if you are disqualified due to job separation, or other eligibility issues. See your **Nevada Unemployment Insurance facts booklet** for more information about eligibility issues and the method used to calculate your benefit amount.

| EMPLOYER NAME | QTR | QTR | QTR | QTR | EMPLOYER TOTALS | DEPT | USE |
|---|---|---|---|---|---|---|---|
| ******* EMERGENCY UNEMPLOYMENT COMPENSATION ******** | | | | | | | |

Under 18 U.S.C. 1001, knowingly and willingly concealing a material fact by any trick, scheme, or device or knowingly making a false statement in connection with this claim is a Federal Offense, punishable by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

Important! This notice of monetary determination shows you have filed a claim for Emergency Unemployment Compensation. To receive these benefits, you must meet all other eligibility requirements of the program.

There is no wage or employer information on this form. This form is intended to provide benefit amount information only. If you disagree with the benefit amounts, you may file an appeal by the date shown above. Please visit www.expressclaim.org for more information about eligibility issues and the method used to calculate your benefit amount.

Your determination has established a potential eligibility change.

| ^indicates High Qtr Earnings | 0.00 | 0.00 | 0.00 | ******0.00 | 0.00 | | |

NUCS 605
Rev. 8/98